**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | NO. 5: 09-CR-23 (HL) |
| **BILLY ALLEN WEST**, | **RE: VIOLATION OF SUPERVISED RELEASE** |
| Supervised Releasee | |

# O R D E R

BILLY ALLEN WEST, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned for a Preliminary Hearing/Detention Hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure, represented by Mr. Christopher Brian Jarrard of the Federal Defenders Office.  The government was represented by Assistant U. S. Attorney Jennifer Kolman.  With assistance of counsel, Mr. West waived in writing his right to a Preliminary Hearing.

Upon consideration of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case. It is alleged in the PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION herein, *inter alia*, that the **SUPERVISED RELEASEE** possessed cocaine on or about March 11, 2009.  He has a history of substance abuse going back to age 16 which includes using marijuana, powder cocaine, methamphetamine, hallucinogens, Oxycontin, and Lortab; he is now 36 years old. In addition, it appears that he basically absconded from supervision from March 16, 2009 until his arrest on March 27th. Therefore, IT IS ORDERED AND DIRECTED that he be **DETAINED** by the United States Marshal pending completion of a Final Revocation Hearing, the undersigned finding that he poses both a danger to the community because of continued drug usage and a serious risk of flight because of the chance of returning to prison.

While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding.  Said **SUPERVISED RELEASEE** shall appear before the district judge to whom this case is assigned for a FINAL HEARING as directed by that judge.  The Clerk of Court is directed to forward this order and the within file to the appropriate district judge for the scheduling of said FINAL HEARING at the earliest possible time.

SO ORDERED AND DIRECTED, this 1st day of APRIL, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE